Alonzo **WHITIS**, Plaintiff-Appellant,

v.

Anthony J. **CELEBREZZE**, Secretary of Health, Education and Welfare, Defendant-Appellee.

No. 15465.

United States Court of Appeals Sixth Circuit.

Feb. 20, 1964.

Lohren F. Martin, Jr., Corbin, Ky. (Sutton & Martin, Corbin, Ky., on the brief), for appellant.

Arthur L. Brooks, Jr., Lexington, Ky., Bernard T. Moynahan, Jr., U. S. Atty., Arthur L. Brooks, Jr., Asst. U. S. Atty., Lexington, Ky. on the brief), for appellee.

Before WEICK, Chief Judge, O'SULLIVAN, Circuit Judge, and PECK, District Judge.

ORDER.

This cause came on to be heard upon the record and the briefs and arguments of counsel;

And upon due consideration thereof and of the Memorandum Order, 227 F. Supp. 834, entered in said cause by the District Judge hearing the same, and it appearing therefrom that the judgment of the District Court should be affirmed;

It is ordered that the judgment of the District Court be and the same is hereby affirmed.

UNITED STATES of America ex rel. Francis **O'HALLORAN**, Appellant,

v.

David N. **MYERS**, Superintendent State Correctional Institution, Graterford, Pennsylvania.

No. 14683.

United States Court of Appeals Third Circuit.

Submitted Feb. 19, 1964.

Decided April 23, 1964.

Francis O'Halloran, pro se.

John F. Hassett and Arlen Specter, Asst. Dist. Attys., and James C. Crumlish, Jr., Dist. Atty., Philadelphia, Pa. (F. Emmett Fitzpatrick, Jr., First Asst. Dist. Atty., Philadelphia, Pa., on the brief), for appellee.

Before KALODNER and HASTIE, Circuit Judges, and KIRKPATRICK, District Judge.

PER CURIAM.

On review of the record we find no error. The Order of the District Court will be affirmed.